IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATIE S. TAMASHIRO,              ) | CV 06-00188 ACK-KSC |
|                                  ) | |
|         Plaintiff(s),            ) | |
|                                  ) | |
|    vs.                           ) | |
|                                  ) | |
| PETE GEREN, in his Capacity      ) | |
| as the Secretary of the Army,    ) | |
|                                  ) | |
|         Defendant(s).            ) | |

### ORDER ADOPTING MAGISTRATE'S
### FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 14, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's Motion To Set Aside Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Date:    Honolulu, HI, September 3, 2008.



_____
Alan C. Kay
Sr. United States District Judge